**Exhibit List: The Complete Angler et al. v. City of Clearwater**

| Exhibit no | Description |
| --- | --- |
| 1 | 1st Amendment banner |
| 2 | Herb Quintero declaration |
| 2a | Emails between Herb Quintero and City |
| 3 | Fish mural |
| 4 | Ordinances - Composite Exhibit |
| 5 | March 2008 Notice of Violation |
| 6 | Newspaper Article with Content-Based Quote from City Official |
| 7 | Lori Quintero declaration |
| 7a | God's Little Green Acre photo 1 |
| 7b | God's Little Green Acre photo 2 |
| 7c | Frenchy's photo 1 |
| 7d | Frenchy's photo 2 |
| 7e | First Responder photo close up |
| 7f | "Art or Advertising?" |
| 7g | Pinellas County building 1 |
| 7h | Pinellas County building 2 |
| 7i | Pinellas County building 3 |
| 7j | City of Clearwater Parking Garage |
| 8 | Herb Quintero and Son Photo Hanging First Amendment Banner |
| 9 | February 14, 2009 Notice of Violation |
| 10 | Piramida case |