Case 8:09-cv-00346-JDW-AEP   Document 2-6   Filed 02/24/09   Page 1 of 1 PageID 51

**The Complete Angler's Incomplete Art Work**



**Exhibit 3**